# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTHONY MICHAEL BENTLEY )<br>Defendant(s) ) | CASE NO. 1:21–cr–00050–SEB–MKK |

## ORDER OF RECUSAL/DISQUALIFICATION

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: January 9, 2023         s/  Magistrate Judge M. Kendra Klump
United States District Court
Southern District of Indiana